UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:15-bk-01397-CCJ
Chapter 7

IN RE:

JAIME RODRIGUEZ & MARIA CELESTE RODRIGUEZ,

    Debtors
_____/

DIANE MAHONY and JOHN MAHONY,

    Plaintiffs,

vs.                                                                                                  Adversary Proceeding

JAIME RODRIGUEZ and MARIA RODRIGUEZ,        No.  6:15-00038-CCJ

    Defendants.
_____/

**PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO STRIKE (DOC. # 50), AND DEFENDANTS' MOTION TO ALLOW LATE FILED MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS**

    Plaintiffs, DIANE MAHONY and JOHN MAHONY, serve this Reply to Defendants' Response to Plaintiffs' Motion to Strike (Doc. # 50), and Defendants' Motion to Allow Late Filed Motion for Summary Judgment by Defendants, and state as follows:

    1.    The inquiry should begin and end with whether Defendants' motion was timely filed.  By Defendants' own admission, their summary judgment motion was late and, on this basis, should be stricken.

    2.    Defendants argue that (a) a trial on the merits will occur if the Court denies Plaintiffs' Motion for Summary Judgment or (b) a trial on the merits will occur if the Court grants the late-filed summary judgment motion in favor of Defendants.  Thus, by Defendants'

own admission, their motion for summary judgment is nothing more than a reiteration of their response to Plaintiffs' motion.

3.     As Defendants' late-filed summary judgment motion is nothing more than a duplication of their response to Plaintiffs' motion, it would be a waste of judicial (and client) resources to allow the late-filed motion to proceed as it will require separate responses and, potentially, separate rulings by the Court.

4.     If the inquiry truly is whether Plaintiffs are entitled to a ruling on dischargeability based upon collateral estoppel principals, then Defendants late-filed motion is duplicative and should be stricken.

WHEREFORE, Plaintiffs request the Court to strike Defendants' late-filed Motion for Summary Judgment or, alternatively, to grant a 20-day extension of time to respond to the motion if the Court allows it to proceed and to grant Plaintiffs any other relief the Court deems just, equitable and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Reply to Defendants' Response to Plaintiffs' Motion to Strike (Doc. # 50), and Defendants' Motion to Allow Late Filed Motion for Summary Judgment by Defendants was served via CM/ECF this 14th day of December 2015 to:

Raymond J. Rotella,
Kosto & Rotella, P.A.,
P.O. Box 113,
Orlando, FL 32802.

/s/ Brad E. Kelsky
BRAD E. KELSKY, ESQ.
Counsel for Plaintiffs
KELSKY LAW, P.A.
1250 S. Pine Island Road
Suite 250
Plantation, FL 33324
954.449.1400
Fax:  954.449.8986
FBN:  0059307
Email:  bradkelsky@kelskylaw.com